TIA LOPEZ,

    Plaintiff,

    v.

LOS ANGELES UNIFIED SCHOOL DISTRICT

    Defendant.

Case No. LACV 21-03660 VAP (MAAx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order entered concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   June 1, 2021

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge